MASELLI WARREN, P.C.
By: David Fornal, Esquire
600 Alexander Road, Suite 3-4A
Princeton, New Jersey 08540
(609) 452-8411
DF5578
Attorneys for First Bank

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>TIMOTHY M. MEYERS,<br><br>                 Debtor. | Case Number: **22-12461-ABA**<br><br>**NOTICE OF APPEARANCE** |

In accordance with *Fed.R.Bankr.P. 9010(b)*, the following attorney appears in this case on behalf of creditor, First Bank, successor by merger and acquisition of Grand Bank:

MASELLI WARREN, P.C.
By: David Fornal, Esquire
600 Alexander Road, Suite 3-4A
Princeton, New Jersey 08540
(609) 452-8411
dfornal@maselliwarren.com

                                      MASELLI WARREN, P.C.
                                      *Attorneys for First Bank*

                                      By:    */s/ David Fornal*
                                                 DAVID FORNAL

Dated: April 18, 2022