Andrew T. Archer, Esquire
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on April 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In Re: | : Bankruptcy Division |
|  | : United States Bankruptcy Court |
|  | : District of New Jersey |
|  | : Bankruptcy No. 22-12461 ABA |
|  | : |
|  | : Chapter 13 |
| Timothy M. Myers | : |
|  | : |
| Debtor | : Hearing Date: April 26, 2022 |

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: April 27, 2022**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s):           Timothy M. Myers
Case No.             22-12461 ABA
Caption of Order:    Order Extending the Automatic Stay

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the Debtor on Motion to Extend the Automatic, and the Court after hearing arguments of counsel; and for good cause having been shown; it is

**ORDERED** that the Automatic Stay is Extended until the completion of the plan, pursuant to 11 U.S.C 362(c)(3)(B).