Andrew T. Archer, Esquire
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on April 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Timothy M. Myers

        Debtor

: Bankruptcy Division
: United States Bankruptcy Court
: District of New Jersey
: Bankruptcy No. 22-12461 ABA
:
: Chapter 13
:
:
:
: Hearing Date: April 26, 2022
:
:

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: April 27, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s): Timothy M. Myers
Case No. 22-12461 ABA
Caption of Order: Order Extending the Automatic Stay

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the Debtor on Motion to Extend the Automatic, and the Court after hearing arguments of counsel; and for good cause having been shown; it is

**ORDERED** that the Automatic Stay is Extended until the completion of the plan, pursuant to 11 U.S.C 362(c)(3)(B).

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 22-12461-ABA
Timothy M. Myers                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                User: admin                Page 1 of 2
Date Rcvd: Apr 27, 2022        Form ID: pdf903          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

**Recip ID       Recipient Name and Address**
db              + Timothy M. Myers, 516 Elm Ave, Audubon, NJ 08106-2150

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

**Name             Email Address**

Andrew Thomas Archer
     on behalf of Debtor Timothy M. Myers aarcher@spillerarcherlaw.com
     bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

David Fornal
     on behalf of Creditor First Bank dfornal@maselliwarren.com

Denise E. Carlon
     on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
     on behalf of Creditor U.S. Bank National Association  as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2 hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
     ecfmail@standingtrustee.com  summarymail@standingtrustee.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca K. McDowell
    on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7