KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
Attorneys for LAKEVIEW LOAN SERVICING, LLC

---

| | |
|---|---|
| IN THE MATTER OF:<br><br>Timothy M. Myers a/k/a Tim Myers a/k/a Area 51 Lawn and Landscapring LLC<br><br>      DEBTOR(S),<br><br>Nicole Myers<br><br>      CO-DEBTOR | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 22-12461 ABA<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY & CO-DEBTOR STAY** |

TO:
Timothy M. Myers a/k/a Tim Myers a/k/a Area 51 Lawn and Landscapring LLC
516 Elm Avenue
Audubon, NJ 08106

Nicole Myers
516 Elm Avenue
Audubon, NJ 08106

Andrew Thomas Archer
 Brenner Spiller & Archer
125 Route 73 North
West Berlin, NJ 08091

Isabel C. Balboa Esq.
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

      PLEASE TAKE NOTICE THAT the undersigned attorney for **LAKEVIEW LOAN SERVICING, LLC**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **400 Cooper Street, 4th Floor, Camden, N.J. 08108** , for an Order to Grant Relief from the Automatic Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtor and Nicole Myers, co-debtor have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification

submitted herewith.  Costs and counsel fees will also be requested.  The property involved is known as **516 Elm Ave, Audubon NJ 08106**.  The hearing on this matter is scheduled for **August 9, 2022** at **10:00 A.M.**

Dated:  July 14, 2022　　　　　　　　　　**/s/ Denise Carlon, Esq.**
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 627-1322
　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　Attorney for LAKEVIEW LOAN SERVICING, LLC