UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

| | |
|---|---|
| In Re: | Case No.: 22-12461-ABA |
| Timothy  M.  Myers, et al., | Adv. No.: |
| Debtor. | Chapter: 13 |
| | Hearing Date: 08/09/2022 |
| | Judge: Altenburg |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.    I, _____ Denise Carlon, Esq. _____,

☒    am the attorney for: _____ Lakeview Loan Servicing, LLC _____

☐    am self-represented

Phone number: _____ 201-549-2363 _____

Email address: _____ dcarlon@kmllawgroup.com _____


2.    I request an adjournment of the following hearing:

Matter: _____ Secured Creditor's Motion for Relief (Docket # 26) _____

Current hearing date and time: ___ 8/09/2022 @ 10:00 a.m. ___

New date requested: ___ 8/23/2022 @ 10:00 a.m. ___

Reason for adjournment request: ___ To allow the parties time to amicably resolve the issues ___

___ at hand. ___

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.      Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _08/04/2022_____          /s/ Denise Carlon_____
                                                                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☒  Granted                    New hearing date: _8/23/22 @ 10 AM_____          ☐  Peremptory

☐  Granted over objection(s)  New hearing date: _____          ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

*rev.10/1/15*