UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53317
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC

In Re:

TIMOTHY M. MYERS

Order Filed on August 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-12461

Adv. No.

Hearing Date: 8-9-2022

Judge: (ABA)

# ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered three (3) is hereby **ORDERED**.

**DATED: August 15, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Timothy M. Myers / 53317
Case No: 22-12461
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees and insurance.

This matter having brought before this Court on a Motion for Stay Relief filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, with the appearance of Andrew Thomas Archer, Esq. on behalf of the debtor, and this Order having been filed with the Court and served upon the debtor and his attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Ford Motor Credit Company LLC ("Ford") is the holder of a first purchase money security interest encumbering a 2016 Ford F250 bearing vehicle identification number 1FT7X2B60GEC09811.

2. That commencing with their August 2022 monthly payment, the debtor is to make regular monthly payments directly to Ford Motor Credit Company LLC in accordance with the terms of the loan agreement.  If the debtor fails to make any payment within thirty (30) days after a payment falls due, or any payment is returned for non-sufficient funds, Ford shall be entitled to stay relief upon filing a certification of nonpayment with the court and serving it on the debtor, his attorney, and the chapter 13 trustee.

**(Page 3)**

Debtor: Timothy M. Myers / 53317

Case No: 22-12461

Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees and insurance.

3. That the debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Ford Motor Credit Company LLC must be listed as loss payee.  If the debtor fails to maintain valid insurance on the vehicle, Ford shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the debtor, his attorney, and the chapter 13 trustee.

4. That the debtor is to pay a counsel fee of $513.00 to Ford through his chapter 13 plan.