UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53317
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC

In Re:

TIMOTHY M. MYERS

Order Filed on August 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-12461

Adv. No.

Hearing Date: 8-9-2022

Judge: (ABA)

### ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered three (3) is hereby **ORDERED**.

**DATED: August 15, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Timothy M. Myers / 53317
Case No: 22-12461
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees and insurance.

This matter having brought before this Court on a Motion for Stay Relief filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, with the appearance of Andrew Thomas Archer, Esq. on behalf of the debtor, and this Order having been filed with the Court and served upon the debtor and his attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Ford Motor Credit Company LLC ("Ford") is the holder of a first purchase money security interest encumbering a 2016 Ford F250 bearing vehicle identification number 1FT7X2B60GEC09811.

2. That commencing with their August 2022 monthly payment, the debtor is to make regular monthly payments directly to Ford Motor Credit Company LLC in accordance with the terms of the loan agreement.  If the debtor fails to make any payment within thirty (30) days after a payment falls due, or any payment is returned for non-sufficient funds, Ford shall be entitled to stay relief upon filing a certification of nonpayment with the court and serving it on the debtor, his attorney, and the chapter 13 trustee.

**(Page 3)**

Debtor: Timothy M. Myers / 53317

Case No: 22-12461

Caption of Order: Order for monthly payments, stay relief under certain circumstances, counsel fees and insurance.

3. That the debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Ford Motor Credit Company LLC must be listed as loss payee. If the debtor fails to maintain valid insurance on the vehicle, Ford shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the debtor, his attorney, and the chapter 13 trustee.

4. That the debtor is to pay a counsel fee of $513.00 to Ford through his chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 22-12461-ABA
Timothy M. Myers                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                                   Page 1 of 2
Date Rcvd: Aug 15, 2022        Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

**Recip ID           Recipient Name and Address**
db                      +  Timothy M. Myers, 516 Elm Ave, Audubon, NJ 08106-2150

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2022                       Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:

**Name**                              **Email Address**
Andrew Thomas Archer
    on behalf of Debtor Timothy M. Myers aarcher@spillerarcherlaw.com
    bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com

David Fornal
    on behalf of Creditor First Bank dfornal@maselliwarren.com

Denise E. Carlon
    on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor U.S. Bank National Association  as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2 hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Aug 15, 2022     Form ID: pdf903     Total Noticed: 1

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Rebecca K. McDowell
    on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com


TOTAL: 10