Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−12461−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Timothy M. Myers
    aka Tim Myers, dba Area 51 Lawn and
    Landscaping, LLC
    516 Elm Ave
    Audubon, NJ 08106

Social Security No.:
    xxx−xx−8342

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/27/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 27, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 22-12461-ABA
Timothy M. Myers                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Sep 27, 2022      Form ID: 148      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy M. Myers, 516 Elm Ave, Audubon, NJ 08106-2150 |
| aty | + | Kimberly Wilson, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd. #202, Fairfield, NJ 07004-2927 |
| cr | #+ | First Bank, c/o Maselli Warren PC, Attn. David Fornal, 600 Alexander Road, Suite 3-4A Princeton, NJ 08540-6018 |
| 519546210 | + | 1st Colonial Community Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519541567 | + | 1st Colonial Community Bank, 1040 Haddon Ave, Collingswood, NJ 08108-2046 |
| 519541571 | + | CNH Capital, Dept. 18 - 0039038324, PO Box 78004, Phoenix, AZ 85062-8004 |
| 519541574 | + | First Bank, 2465 Kuser Road, Ste 1-1, Hamilton, NJ 08690-3310 |
| 519541585 | #+ | Maselli Warren, P.C., 600 Alexander Road, Suite 3-4A, Princeton, NJ 08540-6018 |
| 519541587 | + | Park Avenue Recovery, LLC, 104 E. 25th Street, 10th Floor, New York, NY 10010-8201 |
| 519541589 | #+ | Saldutti Law Group, 800 Kings Hwy N, Cherry Hill, NJ 08034-1511 |
| 519541591 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 519541593 | + | Watson and Allard, 24 Regency Plz, Glen Mills, PA 19342-1001 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Sep 27 2022 20:27:00 | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: EBNBKNOT@ford.com | Sep 27 2022 20:28:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 27 2022 20:27:00 | U.S. Bank National Association, as Trustee for Ass, 130 CLINTON RD, #202, FAIRFIELD, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 27 2022 20:27:00 | U.S. Bank National Association, as Trustee for Ass, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519541568 | + | Email/Text: broman@amhfcu.org | Sep 27 2022 20:27:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 519541569 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 22-12461-ABA    Doc 43    Filed 09/29/22    Entered 09/30/22 00:13:15    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: 148 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 27 2022 20:27:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 519549122 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2022 20:27:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519541572 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2022 20:24:17 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519628065 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 27 2022 20:28:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519541575 | | Email/Text: EBNBKNOT@ford.com | Sep 27 2022 20:28:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 519545338 | | Email/Text: EBNBKNOT@ford.com | Sep 27 2022 20:28:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 519541579 | | EDI: IRS.COM | Sep 28 2022 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541582 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Sep 27 2022 20:27:00 | Kubota Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 519623532 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Sep 27 2022 20:27:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519544943 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 20:24:12 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519541584 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 20:24:18 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 519541583 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Sep 27 2022 20:27:00 | Lakeview Loan Servicing c/o Flagstar Bnk, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519541586 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 27 2022 20:27:00 | NewRez LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519562844 | | EDI: LCIPHHMRGT | Sep 28 2022 00:28:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 519541588 | + | Email/Text: RASEBN@raslg.com | Sep 27 2022 20:27:00 | RAS Citron, LLC, 130 Clinton Rd, Ste 202, Fairfield, NJ 07004-2927 |
| 519545369 | + | Email/Text: bankruptcy@bbandt.com | Sep 27 2022 20:27:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 519541590 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 27 2022 20:27:00 | State of New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0267 |
| 519712307 | + | Email/Text: RASEBN@raslg.com | Sep 27 2022 20:27:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519549567 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 27 2022 20:24:14 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York,, NY 10278 |
| 519624549 | + | EDI: AIS.COM | Sep 28 2022 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519541592 | + | EDI: VERIZONCOMB.COM | Sep 28 2022 00:28:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 28

District/off: 0312-1 — User: admin — Page 3 of 4
Date Rcvd: Sep 27, 2022 — Form ID: 148 — Total Noticed: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | 1st Colonial Community Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519541570 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 519541576 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 519541577 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 519541578 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 519541580 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541581 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541573 | ##+ | Dominic M. Vespe, 1430 Fries Mill Rd, Franklinville, NJ 08322-2610 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Timothy M. Myers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| David Fornal | on behalf of Creditor First Bank dfornal@maselliwarren.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association  as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2 hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank National Association  as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2 k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 27, 2022 | Form ID: 148 | Total Noticed: 40 |

Rebecca K. McDowell
    on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com anovoa@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

TOTAL: 11