Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                    Case No.:  22−12461−ABA
                                    Chapter:  13
                                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy M. Myers
   aka Tim Myers, dba Area 51 Lawn and
   Landscaping, LLC
   516 Elm Ave
   Audubon, NJ 08106

Social Security No.:
   xxx−xx−8342

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 18, 2022</u>                  <u>Andrew B. Altenburg Jr.</u>
                                                        Judge, United States Bankruptcy Court