Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−12461−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy M. Myers
   aka Tim Myers, dba Area 51 Lawn and
   Landscaping, LLC
   516 Elm Ave
   Audubon, NJ 08106

Social Security No.:
   xxx−xx−8342

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         2/22/23
Time:         10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: January 10, 2023
JAN: har

                                     Jeanne Naughton
                                     Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-12461-ABA

Timothy M. Myers  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Jan 10, 2023  Form ID: 132  Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy M. Myers, 516 Elm Ave, Audubon, NJ 08106-2150 |
| aty | + | Kimberly Wilson, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd. #202, Fairfield, NJ 07004-2927 |
| cr | #+ | First Bank, c/o Maselli Warren PC, Attn. David Fornal, 600 Alexander Road, Suite 3-4A Princeton, NJ 08540-6018 |
| 519546210 | + | 1st Colonial Community Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519541567 | + | 1st Colonial Community Bank, 1040 Haddon Ave, Collingswood, NJ 08108-2046 |
| 519541571 | + | CNH Capital, Dept. 18 - 0039038324, PO Box 78004, Phoenix, AZ 85062-8004 |
| 519541574 | + | First Bank, 2465 Kuser Road, Ste 1-1, Hamilton, NJ 08690-3310 |
| 519541585 | #+ | Maselli Warren, P.C., 600 Alexander Road, Suite 3-4A, Princeton, NJ 08540-6018 |
| 519541587 | + | Park Avenue Recovery, LLC, 104 E. 25th Street, 10th Floor, New York, NY 10010-8201 |
| 519541591 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |
| 519541593 | + | Watson and Allard, 24 Regency Plz, Glen Mills, PA 19342-1001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Jan 10 2023 20:39:00 | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: EBNBKNOT@ford.com | Jan 10 2023 20:39:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 10 2023 20:39:00 | U.S. Bank National Association, as Trustee for Ass, 130 CLINTON RD, #202, FAIRFIELD, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 10 2023 20:39:00 | U.S. Bank National Association, as Trustee for Ass, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519541568 | + | Email/Text: broman@amhfcu.org | Jan 10 2023 20:39:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 519541569 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 10 2023 20:39:00 | Citizens Bank, One Citizens Plaza, Providence, RI |

Case 22-12461-ABA    Doc 53    Filed 01/12/23    Entered 01/13/23 00:12:54    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 132 | Total Noticed: 39 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 519549122 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 10 2023 20:39:00 | 02903<br>Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519541572 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2023 20:46:05 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519628065 | | Email/Text: cashiering-administrationservices@flagstar.com | Jan 10 2023 20:39:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519541575 | | Email/Text: EBNBKNOT@ford.com | Jan 10 2023 20:39:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 519545338 | | Email/Text: EBNBKNOT@ford.com | Jan 10 2023 20:39:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 519541579 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2023 20:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541582 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Jan 10 2023 20:39:00 | Kubota Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 519623532 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Jan 10 2023 20:39:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519544943 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 20:45:59 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519541584 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2023 20:45:59 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 519541583 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 10 2023 20:39:00 | Lakeview Loan Servicing c/o Flagstar Bnk, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519541586 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 10 2023 20:39:00 | NewRez LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519562844 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 10 2023 20:39:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 519541588 | + | Email/Text: RASEBN@raslg.com | Jan 10 2023 20:39:00 | RAS Citron, LLC, 130 Clinton Rd, Ste 202, Fairfield, NJ 07004-2927 |
| 519545369 | + | Email/Text: bankruptcy@bbandt.com | Jan 10 2023 20:39:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 519541590 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 10 2023 20:39:00 | State of New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0267 |
| 519712307 | + | Email/Text: RASEBN@raslg.com | Jan 10 2023 20:39:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519549567 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 10 2023 20:46:05 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York,, NY 10278 |
| 519624549 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 10 2023 20:46:10 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519541592 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 10 2023 20:39:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 28

# BYPASSED RECIPIENTS

Case 22-12461-ABA    Doc 53    Filed 01/12/23    Entered 01/13/23 00:12:54    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 132 | Total Noticed: 39 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | 1st Colonial Community Bank, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519541570 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 519541576 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 519541577 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 519541578 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 519541580 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541581 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519541573 | ##+ | Dominic M. Vespe, 1430 Fries Mill Rd, Franklinville, NJ 08322-2610 |
| 519541589 | ##+ | Saldutti Law Group, 800 Kings Hwy N, Cherry Hill, NJ 08034-1511 |

TOTAL: 0 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Debtor Timothy M. Myers aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| David Fornal | on behalf of Creditor First Bank dfornal@maselliwarren.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank National Association as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2 hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank National Association as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2 k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 10, 2023 | Form ID: 132 | Total Noticed: 39 |

Rebecca K. McDowell
    on behalf of Creditor 1st Colonial Community Bank rmcdowell@slgcollect.com anovoa@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

TOTAL: 12