Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 22−12461−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy M. Myers
   aka Tim Myers, dba Area 51 Lawn and
   Landscaping, LLC
   516 Elm Ave
   Audubon, NJ 08106

Social Security No.:
   xxx−xx−8342

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                March 17, 2023
Time:                09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**57** − Certification in Opposition to (related document:56 Certification of Default of Standing Trustee. re: Failure to Comply with terms of Order Vacating Dismissal Order dated January 10, 2023 Report. Filed by Isabel C. Balboa. Objection deadline is 02/16/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Andrew Thomas Archer on behalf of Timothy M. Myers. (Archer, Andrew)

and transact such other business as may properly come before the meeting.


Dated: February 17, 2023
JAN: lgr

                                                                                    Jeanne Naughton
                                                                                    Clerk