Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

           Case No.: 22−12461−ABA
           Chapter: 13
           Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Timothy M. Myers
  aka Tim Myers, dba Area 51 Lawn and
  Landscaping, LLC
  516 Elm Ave
  Audubon, NJ 08106

Social Security No.:
  xxx−xx−8342

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 17, 2023</u>                  <u>Andrew B. Altenburg Jr.</u>
                                           Judge, United States Bankruptcy Court